# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

> Application granted.
>
> SO ORDERED.
>
> _(signature)_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 13, 2023

July 13, 2023

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Omar Anthony Forbes*, 23cr103(PMH)

Dear Judge Halpern,

On June 29, 2023, this Court sentenced Mr. Forbes in the above-captioned case. At the sentencing proceeding, I requested that the Court augment the PSR to include Mr. Forbes' conduct and employment at the Westchester County Jail. I did not have documentation at sentencing, but the Court graciously invited me to provide documentation at a later date.

As such, Sergeant Rogers (#239) provided the following information (bolded) to Probation Officer Flemen on July 7, 2023.

**Mr. Omar Forbes (270181) has worked for me from ~3/15/2023 until present. His responsibilities include observing detainees on enhanced supervision units, constantly patrolling and watching for unusual behavior such as restlessness/pacing, punching things, head banging, damaging cell items, crying, lack of appetite, etc, and reporting any unusual behaviors to the block Officer immediately.**

**Mr. Forbes has had a clear conduct record (no disciplinary reports) during his incarceration and my staff reports that he is always respectful and a diligent worker. Please feel free to contact me should you have any questions or if I can provide additional information.**

Regards,
Sgt Rodgers # 239

Mr. Forbes respectfully requests that the Presentence Report be modified to include this information at Paragraph 5 (Adjustment to Incarceration).

I have discussed this request with AUSA Ryan Allison. He has no objection to the request.

Respectfully,

*[signature]*

Rachel Martin, Esq.
Assistant Federal Public Defender

cc:    Ryan Allison, Esq.
        Probation Officer Robert Flemen